UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRUCE HUGHS,

                Plaintiff,

  v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                Defendant.

Case No. C15-5091-RSL-BAT

**ORDER REVERSING AND REMANDING FOR FURTHER PROCEEDINGS**

The Court, after careful consideration of the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) The Commissioner's decision is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

3) The Clerk shall provide copies of this Order to the parties and Judge Tsuchida.

DATED this 28th day of September, 2015.

                                                                Robert S. Lasnik
                                                                United States District Judge